NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MICROSEMI CORPORATION,
*Intervenor.*

2010-1482

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

ON MOTION

ORDER

Upon consideration of the unopposed motion of Microsemi Corporation for leave to intervene,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**SEP 2 2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Henry C. Bunsow, Esq.
     Daniel E. Valencia, Esq.
     Mark W. Yocca, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2010

JAN HORBALY
CLERK